**Janette L. GORDON, Plaintiff–Appellant,**

v.

**UNITED STATES CUSTOMS AND BORDER PROTECTION, Defendant–Appellee.**

No. 14–15661.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Haeg's request for oral argument, set forth in his opening brief, is denied.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Dec. 9, 2015.*

Filed Dec. 17, 2015.

Janette L. Gordon, Pearce, AZ, pro se.

Before: WALLACE, RAWLINSON, and IKUTA, Circuit Judges.

MEMORANDUM **

Janette L. Gordon appeals pro se from the district court's judgment in her action arising from the impounding of her car. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Gordon's action because the allegations in Gordon's complaint failed to state a claim. *See Hebbe v. Pliler*, 627 F.3d 338, 341–42 (9th Cir.2010) (although pro se pleadings are to be liberally construed, a plaintiff must present factual allegations sufficient to state a plausible claim for relief). Moreover, to the extent that Gordon sought to bring an action under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), no *Bivens* remedy is available against a federal agency. *See W. Radio Servs. Co. v. U.S.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

*Forest Serv.*, 578 F.3d 1116, 1119 (9th Cir. 2009).

**AFFIRMED.**